CAUDELL *et al. v.* ATHENS SAVINGS BANK.

FISH, C. J. 1. Ordinarily the minutes of a corporation show the formal actions of its directors and stockholders; and before parol evidence thereof can be introduced, they should be produced or accounted for. Parol evidence, however, is admissible to prove the unrecorded acts and transactions of corporations, or of their officers or directors. *Bank of Garfield* v. *Clark,* 138 *Ga.* 798 (7), 799 (76 S. E. 95); *Fouché* v. *Bank,* 110 *Ga.* 827 (6), 850 (36 S. E. 256); *Ten Eyck v.* Pontiac etc. R. Co., 74 Mich. 226 (41 N. W. 905, 3 L. R. A. 378, 16 Am. St. R. 633); 2 Thomp. Corp. (2d ed.) §§ 1842, 1847. See also *Handley v.* Stutz, 139 U. S. 417 (11 Sup. Ct. 530, 35 L. ed. 227).

2. It was not error to refuse to grant an interlocutory injunction.

> *Judgment affirmed. All the Justices concur.*
> OCTOBER 14, 1913.

Petition for injunction. Before Judge Brand. Clarke superior court. March 31, 1913.

*John J. Strickland* and *Blanton E. Forston,* for plaintiffs.
*T. S. Mell,* for defendant.